IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

SIERRA CLUB and KENTUCKIANS
FOR THE COMMONWEALTH,

      Plaintiffs,

v.                         Civil Action No. 7:11-cv-00184-ART

LAUREL MOUNTAIN RESOURCES, LLC,

      Defendant.

                              **FILED VIA CM-ECF: NOVEMBER 26, 2012**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs and the Defendant, Laurel Mountain Resources, LLC, by and through their respective counsel, hereby stipulate to the voluntary dismissal of the above captioned action without prejudice, with each party bearing their own costs and attorneys' fees incurred in this action.

DATED: November 26, 2012      Respectfully submitted,

                                  **/s/ Derek O. Teaney**
                                  Derek O. Teaney (PHV, W. Va. Bar No. 10223)
                                  Appalachian Mountain Advocates
                                  P.O. Box 507
                                  Lewisburg, WV 24901
                                  dteaney@appalmad.org

                                  *Counsel for Sierra Club and Kentuckians for the*
                                  *Commonwealth*

                                  **/s/ Mindy G. Barfield**
                                  Mindy G. Barfield
                                  MacKenzie M. Walter
                                  DINSMORE & SHOHL LLP
                                  Lexington Financial Center
                                  250 W Main Street, Suite 1400

                                                      Lexington, KY 40507
                                                      mindy.barfield@dinsmore.com

                                                      *Counsel for Laurel Mountain Resources, LLC*

Of Counsel for Defendant:
Lloyd R. Cress
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507