UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SIERRA CLUB and KENTUCKIANS FOR THE COMMONWEALTH,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>LAUREL MOUNTAIN RESOURCES, LLC,  )<br>)<br>Defendant.  ) | | Civil No. 11-184-ART<br><br>**DISMISSAL ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On November 26, 2012, the parties filed a stipulation of dismissal without prejudice. R. 37.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."  The stipulation of dismissal was signed by both plaintiffs and the defendant in this case.  *See* R. 37.

Accordingly, it is **ORDERED** that:

(1) The plaintiffs' request for voluntary dismissal without prejudice, R. 37, is **GRANTED**.  This matter is **DISMISSED WITHOUT PREJUDICE**.

(2) This matter is **STRICKEN** from the Court's active docket.

This the 27th day of November, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge